UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-00040-6 |
| | ) | |
| v. | ) | District Judge Atchley |
| | ) | |
| ILYA SHVED | ) | Magistrate Judge Steger |

**O R D E R**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 97] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to a lesser included offense of Count One of the five-count Indictment; (2) accept Defendant's guilty plea to a lesser included offense of Count One of the five-count Indictment; (3) adjudicate Defendant guilty of a lesser included offense of Count One: conspiracy to distribute a mixture and substance containing a detectable amount of fentanyl in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 17] pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 97] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to a lesser included offense of Count One of the five-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser included offense of Count One of the five-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of a lesser included offense of Count One: conspiracy to distribute a mixture and substance containing a detectable amount of fentanyl in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 17] until further order of this Court or sentencing in this matter which is scheduled to take place on **May 15, 2025, at 10:00 a.m.**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**